IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAEL SPEIGHTS,

    Plaintiff,

v.

LESLIE WINSLOW-STANLEY,
DYLON RADTKE, GREG GRAMS and
STACEY GRIMM, in their individual and
official capacities; and
GARY HAMBLIN, in his official capacity,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-202-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to state a claim upon which relief may be granted.

_____    6/19/12
Peter Oppeneer, Clerk of Court    Date